No. 84–5130. SANTANA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 84–5131. SMITH *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 84–5136. MOSLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–5137. WORKMAN *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 84–5138. TEEGARDIN *v.* SOLEM, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 84–5139. CARTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5140. MOSLEY *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–5141. HAIR *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 84–5143. CURRY-LEE *v.* LEE. Ct. App. Ind. Certiorari denied.

No. 84–5144. HARDAWAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–5145. CAVALLARO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–5146. JONES *v.* HOWARD. C. A. 6th Cir. Certiorari denied.

No. 84–5148. JOHNSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–5149. BETHEA *v.* SWIGGETT ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–5150. MAVIGLIA, DBA JOE'S SEWER SERVICE *v.* CENTRAL TELEPHONE CO. ET AL. Sup. Ct. Nev. Certiorari denied.